UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christian Quinonez, Debtor,

Case No.: 19-24976 (JKS)
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__Eric R. Perkins__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood, USBJ__ on __February 11, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 504 Ferry Street
Newark, New Jersey
$300,000 as per CMA provided by Debtor |
|---|---|

| Liens on property: | Mortgage in the amount of $214,000 |
|---|---|

| Amount of equity claimed as exempt: | 100% allowed |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Cristian Quinonez
     Debtor

Case No. 19-24976-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2020
                 Form ID: pdf905     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.

```
db          +Cristian Quinonez,    504 Ferry Street,    Newark, NJ 07105-4414
aty         +Rodrigo H Sanchez,    1203 Chestnut Street,    Elizabeth, NJ 07201-1008
518386220   +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518386219   +Bestbuy CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518386211   +Cenlar/Homebridge Financial,    425 Phillips Blvd.,    Ewing,NJ 08618-1430
518386216   +JPCMB Card Services,    301N. Walnut St Floor 9,    Wilmington, DE 19801-3971
518386215   +SYNCB/Richards,    PO Box 965036,    Orlando, FL 32896-5036
518386222    Santander Bank NA,    1130 Berkshire Bvd. 3'' Fl/,    Wyomissing, PA 19610
518386218   +Santander Bank NA,    1130 Berskshire Blvd 3'd Fl,    Wyomissing PA 19610-1242
518386212   +Santander Bank, NA,    1130 Berkshire Blvd.,    Wyomissing, PA 19610-1242
518386213  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    PO Box 15012,    Chandler, AZ 58244)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2020 00:07:21    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2020 00:07:19    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518386221    E-mail/Text: mrdiscen@discover.com Jan 09 2020 00:06:42    Discover Bank,    PO Box 15316,
             Wilmington, DE 19850
518386214   +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 00:05:37    Syncb/Amazon,
             4125 Windward Plaza,    Alpharetta,GA 30005-8738
518386217   +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 00:04:41    Synchrony Networks,
             PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 5
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:

```
          Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Eric Raymond Perkins    eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Kevin Gordon McDonald    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a
           M&T Bank, successor by merger with Hudson City Savings Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```